**Date Signed:**
**May 12, 2026**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | Case No. 25-00740 |
| | (Chapter 7) |
| JEFFERY JAMES SELNER, | |
| | SUPPLEMENTAL ORDER RE: FIRST HAWAIIAN BANK'S MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF SALES PROCEEDS |
| Debtor. | |
| | Related: ECF 42 |
| | Hearing Date: May 4, 2026 Time: 10:30 a.m. Judge: Honorable Robert J. Faris |

**SUPPLEMENTAL ORDER RE: FIRST HAWAIIAN BANK'S MOTION FOR ORDER
AUTHORIZING DISBURSEMENT OF SALES PROCEEDS**

Secured Creditor FIRST HAWAIIAN BANK ("*FHB*") filed its MOTION FOR ORDER

AUTHORIZING DISBURSEMENT OF SALES PROCEEDS herein on April 3, 2026 as ECF

42 (the "*Motion*"). Debtor JEFFERY JAMES SELNER ("*Debtor*") filed a LIMITED

OPPOSITION TO CREDITOR FIRST HAWAIIAN BANK'S MOTION FOR ORDER

AUTHORIZING DISBURSEMENT OF SALE PROCEEDS, herein on April 20, 2026 as ECF

46 ("*Debtor's Opp*") and Chapter 7 Trustee DANE FIELD (the "*Trustee*") filed a TRUSTEE'S

RESPONSE TO FIRST HAWAIIAN BANK'S MOTION FOR ORDER AUTHORIZING

DISBURSEMENT

OF SALE PROCEEDS herein on April 20, 2026 as ECF 47 (the "*Trustee's Opp*"). On April 27, 2026, FHB filed its REPLY MEMORANDUM IN SUPPORT OF FIRST HAWAIIAN BANK'S MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF SALE PROCEEDS as ECF 51 (the "*Reply*"). On April 30, 2026, the Trustee filed his SUPPLEMENTAL EXHIBITS IN RESPONSE TO FIRST HAWAIIAN BANK'S REPLY MEMORANDUM IN SUPPORT OF FIRST HAWAIIAN BANK'S MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF SALE PROCEEDS as ECF 52 (the "*Sur-Reply*"). The Motion came on for hearing before the Honorable Robert J. Faris on May 4, 2026 at 10:30 a.m., with Donald L. Spafford, Jr., Esq. appearing on behalf of the Debtor, Enver Painter, Esq. appearing on behalf of the Trustee, who was also present via Zoom, Jonathan W.Y. Lai, Esq. and Thomas H. Yee, Esq. appearing on behalf of FHB and creditor Lynn Shiroma appearing *pro se*. This Court granted the Motion in part as reflected in that certain ORDER GRANTING IN PART FIRST HAWAIIAN BANK'S MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF SALE PROCEEDS, entered herein on May 7, 2026, as ECF 57, but left the award of FHB's attorneys' fees and costs to be dealt with via this separate order.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that FHB is awarded its attorneys' fees and costs in the amount of __$14,102.09__ (the "*Fee Award*"). The Trustee    RJF shall disburse the Fee Award to FHB within five days of the date of the entry of this Order.


**END OF ORDER**

U.S. Bankruptcy Court - Hawaii   #25-00740   Dkt # 61   Filed  05/12/26   Page 2 of 3

Submitted by:

WATANABE ING LLP
A Limited Liability Law Partnership

JONATHAN W. Y. LAI          6504-0
THOMAS H. YEE               7344-0
First Hawaiian Center, Suite 1250
999 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
E-mail: jlai@wik.com; tyee@wik.com

Attorneys for Secured Creditor
FIRST HAWAIIAN BANK

---

*In re JEFFERY JAMES SELNER*, Case No. 25-00740 (Ch. 13); ORDER RE: FIRST HAWAIIAN BANK'S MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF SALES PROCEEDS

3